**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LILLIAN PAXSON, a natural person, and EMERALD REALTY INVESTMENTS, LLC, a Utah Limited Liability Company, ) ) ) ) *Plaintiffs*, ) ) v. ) ) SCOTT YANCEY, a natural person; BUYPD, LLC, a Utah Limited Liability Company; FE EVTECH MEDIA, LLC d/b/a Abundance EDU, a Utah Limited Liability Company, RESPONSE NORTH, LLC d/b/a Real Estate Education Group; INCOME PROPERTY USA, LLC., a Utah Business Entity; GUARDIAN LAW, LLC, a Nevada Limited Liability Company; VEIL LEGAL, PLLC, a Utah Professional Limited Liability Company; VEIL CORPORATE, LLC, a Utah Limited Liability Company; INSIDER'S CASH, LLC, a Utah Limited Liability Company; INTERACTIVE HOMES, LLC, a Utah Limited Liability Company; ROBINSON REALTY, LLC, an Illinois Limited Liability Company; and RASHAAD J. ROBINSON, a natural person, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 16-cv-5787  JURY TRIAL DEMANDED  Hon. John J. Tharp Assigned District Judge  Hon. Susan E. Cox Assigned Magistrate Judge |
| *Defendants*. ) | |

## **STIPULATION**

Counsel for Plaintiffs and Defendants (collectively, the "Parties") having met and conferred, hereby agree as follows:

WHEREAS the Parties have engaged in settlement discussions and believe that a global settlement may be reached at an early stage in this matter;

WHEREAS Counsel for the Parties believe that an additional 14 days will allow them to

fully exhaust possible settlement scenarios;

NOW THEREFORE,

IT IS HEREBY STIPULATED by and among counsel for the Parties that the existing deadlines in this matter be adjusted as follows:

| | |
|---|---|
| **Deadline for All Defendants to Respond to the Complaint:** | **September 20, 2016** |
| **Initial Status Report Due Date:** | **September 27, 2016** |
| **Initial Status Hearing Before the Court:** | **October 4, 2016** |

SO STIPULATED this September 1, 2016

For Plaintiffs Lillian Paxson and Emerald Realty Investments, LLC:

*/s/Jordan M. Sartell*
Jordan M. Sartell
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60169
(224) 875-3202 (t)
(312) 276-4950 (f)
jordan@zamparolaw.com

For Defendants BuyPD, LLC, Response North, LLC, Income Property USA, LLC, Guardian Law, LLC, Veil Legal, PLLC, Veil Corporate, LLC, Insider's Cash, LLC, Interactive Homes, LLC:

*/s/Philip L. Martin (pro hac vice)*
Philip L. Martin
Invictus Law, PLLC
360 S. Technology Court, Suite 300
Lindon, UT 84042
(801) 854-9212
philip@invictuspc.com

For Defendants Scott Yancey and FE EvTech Media, LLC:

*/s/Josh M. Kantrow*
Josh M. Kantrow
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams Street, Suite 300
Chicago, IL 60661
(312) 345-1718
Josh.Kantrow@lewisbrisbois.com

For Defendants Robinson Realty, LLC and Rashaad J. Robinson:

*/s/Jennifer L. Dlugosz*
Jennifer L. Dlugosz
HUSCH BLACKWELL LLP
120 South Riverside Plaza - Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Jen.Dlugosz@huschblackwell.com

**SO ORDERED**

_____

**Tharp, John J. USDJ**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing pleading was served on September 1, 2016 via the Court's CM/ECF system on all attorneys of record.

> */s/Jordan M. Sartell*
> Jordan M. Sartell
> ZAMPARO LAW GROUP, P.C.
> 2300 Barrington Road, Suite 140
> Hoffman Estates, IL 60169
> (224) 875-3202 (t)
> (312) 276-4950 (f)
> jordan@zamparolaw.com
>
> *One of Plaintiffs' Attorneys*