UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIAN PAXSON, a natural person, and EMERALD REALTY INVESTMENTS, LLC, a Utah Limited Liability Company,<br>    Plaintiffs,<br><br>v.<br><br>SCOTT YANCEY, a natural person; BUYPD, LLC, a Utah Limited Liability Company; FE EVTECH MEDIA, LLC d/b/a Abundance EDU, a Utah Limited Liability Company, RESPONSE NORTH, LLC d/b/a Real Estate Education Group; INCOME PROPERTY USA, LLC, a Utah Business Entity, GUARDIAN LAW, LLC, a Nevada Limited Liability Company; VEIL LEGAL, PLLC, a Utah Professional Limited Liability Company; VEIL CORPORATE, LLC, a Utah Limited Liability Company; INSIDER'S CASH, LLC, a Utah Limited Liability Company; ROBINSON REALTY, LLC, an Illinois Limited Liability Company; and RASHAAD J. ROBINSON, a natural person,<br>    Defendants. | Case No. 16-cv-05787<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Susan E. Cox<br><br>Jury Trial Demanded |

**PROPERTY DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE OR, ALTERNATIVELY, FOR FAILURE TO STATE A CLAIM**

Defendants BuyPD, LLC; Response North, LLC, d/b/a Real Estate Education Group; Income Property USA, LLC; Guardian Law, LLC; Veil Legal, PLLC; Veil Corporate, LLC; and Insider's Cash, LLC, by their undersigned counsel, hereby move this Court to dismiss Plaintiffs' Complaint for improper venue or, alternatively, for failure to state a claim. The grounds for the Motion are set forth in the accompanying Memorandum in Support thereof.

Dated:  September 20, 2016							Respectfully submitted,

															INVICTUS LAW, PLLC

															By: /s/ Philip L. Martin_____
															Philip L. Martin, Esq. (*pro hac vice*)
															INVICTUS LAW, PLLC
															360 South Technology Court, Suite 200
															Lindon, UT 84042
															(801) 854-9212
															Philip@invictuspc.com

															Adam Waskowski, Esq.  (Bar No. 6284221)
															Waskowski Johnson Yohalem LLP
															954 West Washington Blvd., Suite 720
															Chicago, IL 60607
															(312) 278-3153
															Awaskowski@wjylegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the aforementioned document(s) were filed electronically with the Clerk of the U.S. District Court of Northern Illinois' CM/ECF Electronic Filing System, with notice of case activity to be generated and sent electronically by the Clerk of said court to all counsel of record this 20th day of September 2016.

By: /s/ Philip L. Martin
Philip L. Martin