UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIAN PAXSON, a natural person, and EMERALD REALTY INVESTMENTS, LLC, a Utah Limited Liability Company, <br>     Plaintiffs, <br><br>v. <br><br>SCOTT YANCEY, a natural person; BUYPD, LLC, a Utah Limited Liability Company; FE EVTECH MEDIA, LLC d/b/a Abundance EDU, a Utah Limited Liability Company, RESPONSE NORTH, LLC d/b/a Real Estate Education Group; INCOME PROPERTY USA, LLC, a Utah Business Entity, GUARDIAN LAW, LLC, a Nevada Limited Liability Company; VEIL LEGAL, PLLC, a Utah Professional Limited Liability Company; VEIL CORPORATE, LLC, a Utah Limited Liability Company; INSIDER'S CASH, LLC, a Utah Limited Liability Company; INTERACTIVE HOMES, LLC, a Utah Limited Liability Company; ROBINSON REALTY, LLC, an Illinois Limited Liability Company; and RASHAAD J. ROBINSON, a natural person, <br>     Defendants. | Case No. 16-cv-05787 <br><br>Hon. John J. Tharp, Jr. <br>Magistrate Judge Susan E. Cox <br><br>Jury Trial Demanded |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to LR 83.17, the undersigned attorney, Philip L. Martin, counsel of record Defendants BuyPD, LLC; Response North, LLC, d/b/a Real Estate Education Group; Income Property USA, LLC; Guardian Law, LLC; Veil Legal, PLLC; Veil Corporate, LLC; Insider's Cash, LLC, and Interactive Homes, LLC, LLC, hereby moves this Court to grant the undersigned's request to withdraw. Adam Waskowski of Waskowski Johnson Yohalem LLP,

who has already filed an appearance in this case, will serve as lead and trial counsel in this case for these defendants.

Dated: October 6, 2016            Respectfully submitted,

INVICTUS LAW, PLLC

By: /s/ Philip L. Martin_____
Philip L. Martin, Esq. (*pro hac vice*)
INVICTUS LAW, PLLC
360 South Technology Court, Suite 200
Lindon, UT 84042
(801) 854-9212
Philip@invictuspc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the aforementioned document(s) were filed electronically with the Clerk of the U.S. District Court of Northern Illinois' CM/ECF Electronic Filing System, with notice of case activity to be generated and sent electronically by the Clerk of said court to all counsel of record this 6th day of October 2016.

By: /s/ Philip L. Martin
Philip L. Martin