# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LILLIAN PAXSON, a natural person, and EMERALD REALTY INVESTMENTS, LLC, a Utah Limited Liability Company,<br>      Plaintiffs,<br><br>v.<br><br>SCOTT YANCEY, a natural person; BUYPD, LLC, a Utah Limited Liability Company; FE EVTECH MEDIA, LLC d/b/a Abundance EDU, a Utah Limited Liability Company, RESPONSE NORTH, LLC d/b/a Real Estate Education Group; INCOME PROPERTY USA, LLC, a Utah Business Entity, GUARDIAN LAW, LLC, a Nevada Limited Liability Company; VEIL LEGAL, PLLC, a Utah Professional Limited Liability Company; VEIL CORPORATE, LLC, a Utah Limited Liability Company; INSIDER'S CASH, LLC, a Utah Limited Liability Company; INTERACTIVE HOMES, LLC, a Utah Limited Liability Company; ROBINSON REALTY, LLC, an Illinois Limited Liability Company; and RASHAAD J. ROBINSON, a natural person,<br>      Defendants. | Case No. 16-cv-05787<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Susan E. Cox<br><br>Jury Trial Demanded |
| **NOTICE OF MOTION** ||

To: All Counsel of Record:

     Please take notice that on **October 20, 2016, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Tharp, Jr. in the Courtroom 1419, of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or any judge sitting in his stead, and present **Motion for Leave to Withdraw Appearance of Counsel,** contemporaneously filed hereto.

Dated: October 6, 2016            Respectfully submitted,

                                             INVICTUS LAW, PLLC

                                             By: /s/ Philip L. Martin
                                             Philip L. Martin, Esq. (*pro hac vice*)
                                             INVICTUS LAW, PLLC
                                             360 South Technology Court, Suite 200
                                             Lindon, UT 84042
                                             (801) 854-9212
                                             Philip@invictuspc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the aforementioned document(s) were filed electronically with the Clerk of the U.S. District Court of Northern Illinois' CM/ECF Electronic Filing System, with notice of case activity to be generated and sent electronically by the Clerk of said court to all counsel of record this 6th day of October 2016.

                                                       By: /s/ Philip L. Martin
                                                               Philip L. Martin