UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIAN PAXSON, a natural person, and EMERALD REALTY INVESTMENTS, LLC, a Utah Limited Liability Company,<br><br>        Plaintiffs,<br><br>v.<br><br>SCOTT YANCEY, a natural person; BUYPD, LLC, a Utah Limited Liability Company; FE EVTECH MEDIA, LLC d/b/a Abundance EDU, a Utah Limited Liability Company, RESPONSE NORTH, LLC d/b/a Real Estate Education Group; INCOME PROPERTY USA, LLC, a Utah Business Entity, GUARDIAN LAW, LLC, a Nevada Limited Liability Company; VEIL LEGAL, PLLC, a Utah Professional Limited Liability Company; VEIL CORPORATE, LLC, a Utah Limited Liability Company; INSIDER'S CASH, LLC, a Utah Limited Liability Company; ROBINSON REALTY, LLC, an Illinois Limited Liability Company; and RASHAAD J. ROBINSON, a natural person,<br><br>        Defendants. | Case No. 16-cv-05787<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Susan E. Cox<br><br>Jury Trial Demanded |

**MOTION TO WITHDRAW ATTORNEY JENNA STUPAR AS COUNSEL FOR DEFENDANTS, ROBINSON REALTY and RASHAAD J. ROBINSON**

      **COME NOW** Defendants ROBINSON REALTY, LLC ("Robinson Realty") and RASHAAD J. ROBINSON ("Mr. Robinson") (collectively, the "Robinson Defendants"), by and through their undersigned counsel, and for their Motion to Withdraw Attorney Jenna M. Stupar as Counsel for Defendants, state as follows:

CHI-74922-1

1. Ms. Stupar previously filed her appearance in this matter on behalf of Defendants, ROBINSON REALTY, LLC and RASHAAD J. ROBINSON.

2. Ms. Stupar has left Husch Blackwell LLP to become an associate in the firm of Kirkland & Ellis.

3. As such, Ms. Stupar is no longer affiliated with Husch Blackwell LLP.

4. Defendants will continue to be represented in this matter and all other attorney appearances for Defendants remain unchanged.

5. This withdrawal is in the interests of justice and Defendants ROBINSON REALTY, LLC and RASHAAD J. ROBINSON.

6. No party will be prejudiced by the termination of Ms. Stupar's relationship with this matter.

WHEREFORE, Defendants ROBINSON REALTY, LLC and RASHAAD J. ROBINSON request this Honorable Court grant permission for Jenna M. Stupar to withdraw as counsel of record for Defendants.

Dated: November 8, 2016

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: /s/ Jennifer L. Dlugosz
*One of the Attorneys for Robinson Realty, LLC and Rashaad J. Robinson*

Jennifer L. Dlugosz
120 South Riverside Plaza - Suite 2200
Chicago, IL 60606
Telephone: (312) 655-1500
Jen.Dlugosz@huschblackwell.com

CHI-74922-1

Kyle C. Barry
190 Carondelet Plaza – Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Kyle.Barry@huschblackwell.com

## CERTIFICATE OF SERVICE
### Lillian Paxson, et al. v. Scott Yancey, et al.
### 16-cv-05787

I hereby certify that a copy of the aforementioned document was filed electronically with the Clerk of the U.S. District Court of Northern Illinois' CM/ECF Electronic Filing System, with notice of case activity to be generated and sent electronically by the Clerk of said court to all counsel of record this 8th day of November, 2016.

By: /s/ Jennifer L. Dlugosz