UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIAN PAXSON, a natural person, and EMERALD REALTY INVESTMENTS, LLC, a Utah Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT YANCEY, a natural person; BUYPD, LLC, a Utah Limited Liability Company; FE EVTECH MEDIA, LLC d/b/a Abundance EDU, a Utah Limited Liability Company, RESPONSE NORTH, LLC d/b/a Real Estate Education Group; INCOME PROPERTY USA, LLC, a Utah Business Entity, GUARDIAN LAW, LLC, a Nevada Limited Liability Company; VEIL LEGAL, PLLC, a Utah Professional Limited Liability Company; VEIL CORPORATE, LLC, a Utah Limited Liability Company; INSIDER'S CASH, LLC, a Utah Limited Liability Company; ROBINSON REALTY, LLC, an Illinois Limited Liability Company; and RASHAAD J. ROBINSON, a natural person,<br><br>Defendants. | Case No. 16-cv-05787<br><br>Hon. John J. Tharp, Jr.<br>Magistrate Judge Susan E. Cox<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

TO:   All Counsel of Record

On November 15, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John J. Tharp Jr. in the courtroom usually occupied by him in Room 1419, of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present Defendants' **Motion to Withdraw Attorney Jenna Stupar as Counsel for Defendants, Robinson Realty and Rashaad J. Robinson.**

CHI-74962-1

Dated: November 8, 2016

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: /s/ Jennifer L. Dlugosz
Jennifer L. Dlugosz
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
(312) 655-1500
(312) 655-1501 (Facsimile)
jen.dlugosz@huschblackwell.com

Kyle C. Barry
190 Carondelet Plaza – Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1500
Kyle.Barry@huschblackwell.com

*Attorney for Rashaad Robinson and Robinson Realty LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the aforementioned documents were filed electronically with the Clerk of the U.S. District Court of Northern Illinois CM/ECF Electronic Filing System, with notice of case activity to be generated and sent electronically to all counsel of record by the Clerk of said court this 8th day of November, 2016:

/s/ Jennifer L. Dlugosz

CHI-74962-1